IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                                          No. 4:06CR00266 GTE

CAMERON ZAYRELL ARNOLD

## FINAL ORDER OF FORFEITURE

WHEREAS, on November 26, 2007, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit his interest in the following:

    **a.**    **HP All in One Printer Scanner Copier, Serial Number CN4BCC7110**

WHEREAS, the United States caused to be published in the Arkansas Democrat Gazette, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, no claims were filed by any persons with respect to any of the property described herein;

IT IS ORDERED that all right, title, and interest in all of the property set forth above is hereby forfeited to the United States, and the Secretary of Treasury (or its designee) shall dispose of such property according to law.

SO ORDERED this 22nd day of February, 2008.

                                                ___/s/Garnett Thomas Eisele_____
                                                UNITED STATES DISTRICT JUDGE